# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131949

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY JAKE HATCHETT,
      Defendant-Appellant.

SC: 131949
COA: 261132
Wayne CC: 04-010419-01

_____/

      On order of the Court, the application for leave to appeal the July 11, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE in part the judgment of the Court of Appeals, we VACATE the sentence of the Wayne Circuit Court, and we REMAND this case to the trial court for resentencing. The court plainly erred in considering the defendant's continuing claim of actual innocence. A court cannot base its sentence even in part on a defendant's refusal to admit guilt. *People v Yennior*, 399 Mich 892 (1977). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

      We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2007

s0321

                    Clerk